

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2022

**Via ECF**

The Honorable Laura Taylor Swain
Chief Judge, U.S. District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *United States v. Christal Hodge and Ashaun Bryant*, 21 Cr 626 (LTS)

Dear Judge Swain,

The Government respectfully writes on behalf of itself and counsel for Mr. Bryant to request an adjournment of the status conference currently scheduled in the above-captioned case on September 16, 2022 at 12 p.m. The parties are available for a pretrial conference on November 9, 2022 at 2 p.m. The Government also requests that the Court exclude time between September 16 and the next-scheduled conference to enable the parties to discuss a pre-trial resolution. Defense counsel also consents to this request.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Edward C. Robinson Jr.
Edward C. Robinson Jr.
Assistant United States Attorney
(212) 637-2273

cc: Counsel (ECF)

The foregoing request is granted for the reasons stated above. The pretrial conference in this case is hereby rescheduled for November 9, 2022, at 2 p.m. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion from today's date through November 9, 2022, outweigh the best interests of the public and the defendant in a speedy trial to facilitate discussions of a pre-trial resolution.

SO ORDERED.

Dated: 9/7/2022
/s/ Laura Taylor Swain, Chief U.S.D.J.