UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA


          -v-                                              No. 21 Crim. 626 (LTS)


ASHAUN BRYANT,

                        Defendant(s).
------------------------------------------------------------X


<u>**ORDER**</u>



        The conference is adjourned to **September 8, 2023, at 2:30 p.m.** in Courtroom 17C.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through 9/8/2023, outweigh the best interests of the public and the defendant in a speedy trial because of the need for time for further discussions and advice in connection with those discussions.




Dated:  New York, New York
          March 10, 2023


                                             /s/  Laura Taylor Swain_____
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge

CR Order resched conf date w STE.frm         version 5/22/09